AO 240   (1/94)

# United States District Court

### DISTRICT OF

WESTERN  MASSACHUSETTS

| | |
|---|---|
| **Plaintiff**<br>KENNETH  JACKSON<br><br>**V.**<br><br>**Defendant**<br>COMMONWEALTH OF MASSACHUSETTS | **APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**<br><br>04-30004-MAP<br>CASE NUMBER: |

I, _Kenneth Jackson (M 84038)_ declare that I am the (check appropriate box)

☒ petitioner/~~plaintiff/movant~~          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.
I further statement that my money account for the past six months has Not exceeded six or twelve cents.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:          ☐ Yes          ☒ No          (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution?_____   Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institu-
   tion(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

   a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the
       name and address of your employer.

   b.  if the answer is "No" state the date of your last employment, the amount of your take-home salary or
       wages and pay period and the name and address of your last employer.
       September 8, 1969, at $130.00 take home per wk, at 777 Memorial Drive
       Motor Hotel name not remembered / International Finder Fee Independent
       Contractor — No pay has been recieved as of this date.

3.  In the past 12 twelve months have your received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and**
   what you expect you will continue to receive.

AO 240  (1/94)

# United States District Court

## DISTRICT OF

WESTERN MASSACHUSETTS

Plaintiff

KENNETH JACKSON

V.

Defendant

COMMONWEALTH OF MASSACHUSETTS

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

04-30004-MAP

CASE NUMBER:

I, _Kenneth Jackson (M84053)_ declare that I am the (check appropriate box)

☒ petitioner/~~plaintiff/movant~~          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion. I further statement that my money account for the past six months has not exceeded six or twelve cents.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?:          ☐ Yes          ☒ No          (If "No" go to Part 2)

    If "Yes" state the place of your incarceration _____

    Are you employed at the institution?_____ Do you receive any payment from the institution? _____

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?          ☐ Yes          ☒ No

    a.  If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b.  if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    September 6, 1967, at $130.00 take home per wk, at 777 Memorial Drive
    Motor Hotel name not remembered // International Finder Fee Independent
    Contractor —— No pay has been recieved as of this date.

3.  In the past 12 twelve months have your received any money from any of the following sources?

    a.  Business, profession or other self-employment          ☐ Yes          ☒ No
    b.  Rent payments, interest or dividends                    ☐ Yes          ☒ No
    c.  Pensions, annuities or life insurance payments          ☐ Yes          ☒ No
    d.  Disability or workers compensation payments             ☐ Yes          ☒ No
    e.  Gifts or inheritances                                   ☐ Yes          ☒ No
    f.  Any other sources                                       ☐ Yes          ☒ No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240  (1/94)

# United States District Court

DISTRICT OF

WESTERN  MASSACHUSETTS

**Plaintiff**

KENNETH JACKSON

V.

**Defendant**

COMMONWEALTH OF MASSACHUSETTS

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

I, _Kenneth Jackson (M84078)_ declare that I am the (check appropriate box)

☒ petitioner/~~plaintiff/movant~~                    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

_I further statement that my money account for the past six months has not exceeded six or twelve cents._

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:        ☐ Yes        ☒ No        (If "No" go to Part 2)

   If "Yes" state the place of your incarceration _____

   Are you employed at the institution?_____    Do you receive any payment from the institution? _____

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?        ☐ Yes        ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   _September 8, 1969, at $130.00 take home per wk, at 777 Memorial Drive Motor Hotel name not remembered//International Finder Fee Independent Contractor — No pay has been recieved as of this date._

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment        ☐ Yes        ☒ No
   b. Rent payments, interest or dividends                  ☐ Yes        ☒ No
   c. Pensions, annuities or life insurance payments        ☐ Yes        ☒ No
   d. Disability or workers compensation payments           ☐ Yes        ☒ No
   e. Gifts or inheritances                                 ☐ Yes        ☒ No
   f. Any other sources                                     ☐ Yes        ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

AO 240 (1/94)

4.  Do you have **any** cash or checking or savings accounts?  ☒ Yes       ☐ No

    If "Yes" state the total amount. *about $3,000.00 principal in 1969.*

5.  Do you own any real estate, stocks, bonds, securities, <u>other financial instruments</u>, automobiles or other valuable property?     ⟶ ☒ Yes       ( ☒ No *error* )

    If "Yes" describe the property and state its value. *2 Bank savings accounts; one Federal Court lawsuit damages won; 2 U.S. M.C. service prize money; one Federal International Finder Fee Contract monies owed to me / at $3,000.00 / $700,000.00 / $6,250,000.00 / several huge money amounts / none have been paid to me yet, respectively.*

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    *NONE ———— Nothing*

I declare under penalty of perjury that the above information is true and correct.

*November 21, 2003* _____    *Kenneth Jackson (M84058)* _____
DATE                                    SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ___*.12*___ on account to his/her credit at (name of institution) ___*Bridgewater Correctional Complex*___ . I further certify that the applicant has the following securities to his/her credit: ___*N/A*___

_____ . I further certify that during the past six months the applicant's average balance was $ ___*$.02*___ .

___*12/1/03*___    *Evelyn Smith* _____
DATE                                    SIGNATURE OF AUTHORIZED OFFICER

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

Inmate Name............  KENNETH JACKSON

Commitment number....  W32415, M84058

Period encompassed....  6/30/2003-11/30/2003

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 06/30/03 | $ 0.12 | | $ 0.12 |
| Balance as of | 07/30/03 | $ 0.12 | | $ 0.12 |
| Balance as of | 08/30/03 | $ 0.12 | | $ 0.12 |
| Balance as of | 09/30/03 | $ 0.12 | | $ 0.12 |
| Balance as of | 10/30/03 | $ 0.12 | | $ 0.12 |
| Balance as of | 11/30/03 | $ 0.12 | | $ 0.12 |
| Ending Balance: | 12/01/30 | $ 0.12 | | $ 0.12 |

Six month average balance:        $    0.12

20% of six month average balance:  $    0.02

total expenditures for period:    $    -

total income for period:          $    0.12

To the best of my knowledge the above summary information is true and accurate:

Signed: _Evelyn Smith_____        12/1/03
Evelyn E. Smith

*note to clear numbers Ctrl-Z*

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :    20031201 14:29

| | | |
|---|---|---|
| Commit# : | W32415 | |
| Name : | JACKSON, KENNETH, , | |
| Inst : | MASS. TREATMENT CENTER | |
| Block : | | |
| Cell/Bed : | / | |

MASS. TREATMENT CENTER

Statement From 20030630

To 20031201

Page :1

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Peri | $0.12 | $0.00 | $0.00 | $0.00 |
| 20030709 16:10 | IS - Interest | 1358301 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030722 23:00 | TI - Transfer from Institutio | 1429728 | | NOR | | $0.00 | $0.12 | $0.00 | $0.00 |
| 20030722 23:00 | TI - Transfer from Institutio | 1429729 | | MTC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20030807 15:29 | IS - Interest | 1501176 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030811 13:46 | CP - Copy Prior Records | 1524023 | | MTC | ~Balances transfered t : M84058 | $0.00 | $0.12 | $0.00 | $0.00 |
| 20030811 13:46 | CP - Copy Prior Records | 1524025 | | MTC | ~Balances transfered t : M84058 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.12 | $0.24 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date | $0.00 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :   20031201 14:28

| | | | | |
|---|---|---|---|---|
| Commit# | : | M84058 | **MASS. TREATMENT CENTER** | Page :1 |
| Name | : | JACKSON, KENNETH, , | Statement From 20030630 | |
| Inst | : | MASS. TREATMENT CENTER | To   20031201 | |
| Block | : | A1 | | |
| Cell/Bed : | | 011 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Peri | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030811 13:46 | CP - Copy Prior Records | 1524024 | | MTC | ~Balances transfered From : W32415 | $0.12 | $0.00 | $0.00 | $0.00 |
| 20030811 13:46 | CP - Copy Prior Records | 1524026 | | MTC | ~Balances transfered From : W32415 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20030910 08:01 | IS - Interest | 1658731 | | STH | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031008 17:03 | IS - Interest | 1793903 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031107 16:31 | IS - Interest | 1938776 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $0.12 | $0.00 | $0.00 | $0.00 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date | $0.12 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |