# United States District Court
## District of Massachusetts

| | | |
|---|---|---|
| KENNETH JACKSON, | ) | |
|         Plaintiff | ) | ORDER ON APPLICATION |
| | ) | TO PROCEED WITHOUT |
|     v. | ) | PREPAYMENT OF FEES |
| | ) | |
| COMMONWEALTH OF | ) | |
| MASSACHUSETTS, et al., | ) | |
|         Defendants | ) | Civil Action No. |

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS SO ORDERED that the application is:

:    GRANTED.

   :    The clerk is directed to file the complaint.

   :    IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

9    DENIED, for the following reasons:

_____

ENTERED on   December 23, 2003  .

                                         /s/ Kenneth P. Neiman
                                         KENNETH P. NEIMAN
                                         U.S. Magistrate Judge