COMMONWEALTH OF MASSACHUSETTS
Hampden, ss. Superior Court
Indictment Nos.
22784, 22785,
22786

COMMONWEALTH

vs.

KENNETH JACKSON

DEFENDANT'S MOTION FOR BILL OF PARTICULARS

HAMPDEN COUNTY
SUPERIOR COURT
FILED
MAR 27 1970
Edward G. Shea
CLERK

From the office of:

Mass. Defenders Comm.
115 State Street
Springfield, Mass.

3/27/70

#17

(#140)

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

Superior Court
Indictment Nos.
22784, 22785,
22786

COMMONWEALTH #95

vs.

KENNETH JACKSON

DEFENDANT'S MOTION FOR BILL OF PARTICULARS

Now comes the defendant in the above indictments and moves that this Court order the Commonwealth to specify as follows:

1. The date of the alleged offenses.

2. The approximate time of day of the alleged offenses.

3. The place of the alleged offenses.

4. The approximate area in which the alleged offenses took place.

5. The approximate manner and means by which the alleged offenses took place.

THE DEFENDANT

By [signature]
His Attorney

EXHIBIT # 15

#19

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

Superior Court
No. 22784,22785,22786

COMMONWEALTH

vs

KENNETH JACKSON

BILL OF PARTICULARS

Now comes the Commonwealth in the above entitled and numbered matter, and in accordance with the order of the Honorable Court submits particulars as follows:

1. AUGUST 21, 1972-BETWEEN 4 pm. and MIDNIGHT

2. VICINITY OF LAKE SHORE DRIVE, MONSON, MASSACHUSETTS

3. ~~DENIED BY COURT~~

4. DENIED BY COURT

5. Defendant without lawful authority did force and confine victim against her will; and did assault her by means of a dangerous weapon; and did assault her with intent to commit rape upon her and did commit rape upon her

THE COMMONWEALTH

By: George S. Abdala
~~Asst~~ District Attorney
for the Western District of Massachusetts

EXHIBIT # 15

#19

COMMONWEALTH OF MASSACHUSETTS

Hampden, ss.

Superior Court
No. 22784,22785,22786

COMMONWEALTH

vs

KENNETH JACKSON

BILL OF PARTICULARS

Now comes the Commonwealth in the above entitled and numbered matter, and in accordance with the order of the Honorable Court submits particulars as follows:

1. AUGUST 21, 1972-BETWEEN 4 pm. and MIDNIGHT

2. VICINITY OF LAKE SHORE DRIVE, MONSON, MASSACHUSETTS

3. ~~DENIED BY COURT~~

4. DENIED BY COURT

5. Defendant without lawful authority did force and confine victim against her will; and did assault her by means of a dangerous weapon; and did assault her with intent to commit rape upon her and did commit rape upon her

THE COMMONWEALTH

By: George S. Abdala
Asst District Attorney
for the Western District of Massachusetts

SEC P [illegible]

Number 22721

Issued

COMMONWEALTH

vs.

KENNETH JACKSON

KIDNAPPING

(265-26)

HAMPDEN, ss, Superior Court

September Sitting, A. D. 19 69

Returned by the Grand Jury and filed by order of Court

ATTEST:

Edward J. [illegible] Clerk

1969 Sept 17 — Warrant ordered to issue

Sept. 19 — Issued

Sept 22 — Pleads not guilty

FEB 19 1970 Remanded to Walpole to be returned [illegible] appear. March 3. [illegible] appointed [illegible] Motion set [illegible]

1970 March 17 — [illegible] hearing on motion for new trial to March 19. 1970

March 18 Motion [illegible]

10 days to file special pleas

Assigned to May sitting date to set by Presiding Justice

Ordered remanded M.C.I. at Norfolk. Noonan J.

March 27 Time to file special pleas, extended for 30 days. Noonan J.

April 23 All motions referred to Trial Justice.

1970 Sept. 18 — Remanded to Hampden County Jail. (Noonan J.)

3/13/72 Deft brought before (Linscott J.) for appointment of counsel. Matter cont'd to March 23, 1972 to allow deft. to get counsel.

1972 June 6 — Steven Silverman appointed counsel for the deft. deft's objection noted (Moriarty J.)

NOV 13 1972 — Ordered Remanded to custody of sheriff of Hampden County. McNaught J.

Attest William [illegible]

NOV. 15, 1972 Motion to record test. allowed [illegible]

NOV. 21, 1972 Jury [illegible]

Verdict Guilty

Not more than 10 yrs. not less than 7 yrs M.C.I. Walpole to be served concurrent with sentence imposed in Ind. #22786 (Tamburello, J.)

# 136

#20

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the second Monday of September in the year of our Lord one thousand nine hundred and sixty-nine

The Jurors of said Commonwealth, on their Oath, present THAT

KENNETH JACKSON

whose other or true name, if any, is to the Jurors aforesaid unknown of Boston, in the County of ~~Hampden aforesaid~~ Suffolk, on the twenty-first day of August in the year nineteen hundred and sixty-nine at Monson, in the County of Hampden aforesaid, without lawful authority, did unlawfully forcibly and secretly confine LORRAINE DENNISON against the will of said LORRAINE DENNISON.

A True Bill:

Neil R Benson Foreman.

Ast Lucille R Dlyn District Attorney for the Western District

Le #

95

#22

SECRET

Number

COMMONWEALTH

vs.

KENNETH JACKSON

ASSAULT AND BATTERY BY MEANS OF A DANGEROUS WEAPON

(265-15A)

HAMPDEN, ss, Superior Court

September Sitting, A. D. 19 69

Returned by the Grand Jury and filed by order of Court

ATTEST:

Edward J. Fitzgerald Clerk

1969 Sept 22. Pleads NOT GUILTY

FEB 19 1970 [illegible]

Aug 21, 1972 Jury ... Not more than 10 yrs, not less than seven yrs. Concurrent with sent. ... #12786

57

324

# Commonwealth of Massachusetts

#23/ (B) 58

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the second Monday of September in the year of our Lord one thousand nine hundred and sixty-nine

The Jurors of said Commonwealth, on their Oath, present THAT

KENNETH JACKSON

whose other or true name, if any, is to the Jurors aforesaid unknown of Boston, in the County of ~~Hampden aforesaid~~ Suffolk, on the twenty-first day of August in the year nineteen hundred and sixty-nine at Monson, in the County of Hampden aforesaid, did assault and beat LORRAINE DENNISON by means of a dangerous weapon, to wit, a KNIFE.

A True Bill:

Neil R Bryson Foreman.

[signature] District Attorney for the Western District

59

24

#24

Number [illegible]

COMMONWEALTH

vs.

KENNETH JACKSON

RAPE
(265-22)

HAMPDEN, ss, Superior Court

September Sitting, A. D. 19 69

Returned by the Grand Jury and filed by order of Court

ATTEST:

Edward J. McKay Clerk

1969 Sept 22 - Pleads not guilty.
ordered to recog. in sum of 10,000.00

FEB 19 1970 Remanded to [illegible]

May 24, 1972 Jury [illegible] Guilty. [illegible] Sent. M.C.I. Walpole Not more than 25 yrs. not less than 16 yrs. [illegible]

F 25/

# Commonwealth of Massachusetts

(C)

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the second Monday of September in the year of our Lord one thousand nine hundred and sixty-nine

The Jurors of said Commonwealth, on their Oath, present THAT

KENNETH JACKSON

whose other or true name , if any, is to the Jurors aforesaid unknown of Boston , in the County of ~~Hampden aforesaid,~~ Suffolk on the twenty-first day of August in the year nineteen hundred and sixty-nine at Monson , in the County of Hampden aforesaid,

did assault LORRAINE DENNISON, with the intent to commit rape upon her; and her, the said LORRAINE DENNISON, did commit rape upon.

A True Bill:

[signature] Foreman.

[signature]
District Attorney for the Western District

#26

Number 22787

10 to 12 yrs. Walpole

COMMONWEALTH

vs.

38 days credit

KENNETH JACKSON

RAPE

(265-22) L

HAMPDEN, ss, Superior Court

September Sitting, A. D. 19 69

Returned by the Grand Jury and filed by order of Court

ATTEST:

Edward J. McEnaney [illegible] Clerk

1969 Sept 22 - Pleads NOT GUILTY.
Sept 30 - ordered COMMITTED TO BRIDGEWATER STATE HOSPITAL FOR A period not to exceed ten days, observation under 9 L.

Oct 6 - ordered TRIAL @ OCT. 14TH 9 A.M.
OCT. 15 - JURY WITH. 22788, 22789, 22790, WM. ALBERT VALCOURT JR. FOREMAN.
1969 OCT. 16 - Verdict GUILTY.
OCT. 17. - KNIFE ORDERED CONFISCATED.
Sentence 10 - 12 years at M.C.I. WALPOLE
Deft. notified of right to appeal.

47
26

#27

# Commonwealth of Massachusetts

27
48

HAMPDEN, to wit: ( ADDENDUM Number Eighteen )

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the second Monday of September in the year of our Lord one thousand nine hundred and sixty-nine

The Jurors of said Commonwealth, on their Oath, present THAT

KENNETH JACKSON

whose other or true name, if any, is to the Jurors aforesaid unknown

of Boston, in the County of ~~Hampden aforesaid~~ Suffolk,

on the ninth day of September

in the year nineteen hundred and sixty-nine

at Monson, in the County of Hampden aforesaid,

did assault ANITA L. MILES with the intent to commit rape upon her; and her, the said ANITA L. MILES, did commit rape upon.

A True Bill:

Neil R Brayton Foreman.

[signature] District Attorney for the Western District.

#28

No. 22728

22788 [illegible]. Deft notified of right to appeal.

6-10 yrs. Walpole Commitment

COMMONWEALTH

vs.

KENNETH JACKSON

ASSAULT AND BATTERY BY MEANS OF A DANGEROUS WEAPON

(265-15A)

HAMPDEN, ss, Superior Court

September Sitting, A. D. 19 69

Returned by the Grand Jury and filed by order of Court

ATTEST:

Edward J. [illegible] Asst Clerk

1969 Sept 22 - Pleads Not guilty.

1969 Oct. 15 - Jury w/ 22787, 22789 22790, Wm. Albert Valcourt Jr Foreman.

1969 Oct. 16. - Verdict guilty.

Oct. 17 - Sentence 6-10 years at M.C.I. Wal-

47

28