#29

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the   second Monday   of   December

in the year of our Lord one thousand nine hundred and   sixty-nine

The Jurors of said Commonwealth, on their Oath, present THAT

KENNETH JACKSON

whose other or true name, if any, is to the Jurors aforesaid unknown of   Boston   , in the County of ~~Hampden aforesaid~~ Suffolk

on the   ninth   day of   September

in the year nineteen hundred and   sixty-nine

at   Monson   , in the County of Hampden aforesaid,

did assault and beat ANITA L. MILES by means of a dangerous weapon, to wit, a KNIFE.

A True Bill:

/s/ Neil R. Bryson, Foreman.

/s/ [signature]
District Attorney for the Western District

—Page 42—

51.
30/

#30

Number
No. 62729

COMMONWEALTH
vs.
KENNETH JACKSON

ASSAULT AND BATTERY
(265-13A)

HAMPDEN, ss. Superior Court

September ............ Sitting, A. D. 1969

Returned by the Grand Jury and filed by order of Court

ATTEST: Edward J. Kelly Asst. Clerk

1969 Sept 22 - Pleads not guilty.
1969 Oct 15 - Jury w/ 22787, 22788, 22790 w/ Albert Valcourt Jr Foreman
1969 Oct 16 - Verdict guilty.
Oct 17 - endorsed filed

# Commonwealth of Massachusetts

#31

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the  second Monday  of  September  in the year of our Lord one thousand nine hundred and  sixty-nine

The Jurors of said Commonwealth, on their Oath, present THAT

KENNETH JACKSON

whose other or true name , if any,   is to the Jurors aforesaid unknown
of  Boston  , in the County of ~~Hampden~~ Suffolk aforesaid,

on the  ninth  day of  September in the year nineteen hundred and  sixty-nine

at  Monson  , in the County of Hampden aforesaid,

did assault and beat DIANA HARDACKER.

A True Bill:

[signature] Foreman.

[signature]
District Attorney for the Western District

—Page 44—

#32

COMMONWEALTH

vs.

KENNETH JACKSON

ASSAULT BY MEANS OF A DANGEROUS WEAPON

(265-15B)

HAMPDEN, ss. Superior Court

September ........ Sitting, A.D. 19 69

Returned by the Grand Jury and filed by order of Court

ATTEST:

*[handwritten signature]* Clerk

1969 Sept 22 - Clerk
not guilty.

1969 - Oct. 15 - Jury w/
22787 - 22788, 22789
wh. Albert Valcourt
Jr. Foreman.

1969 Oct. 16 - Verdict
Guilty.

Oct 17 - Sentence 3-5
years at M.C.I. Walpole

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the   second Monday   of   September   in the year of our Lord one thousand nine hundred and   sixty-nine

The Jurors of said Commonwealth, on their Oath, present THAT

KENNETH JACKSON

whose other or true name, if any, is to the jurors aforesaid unknown
of   Boston   , in the County of ~~Hampden~~ Suffolk aforesaid,
on the   ninth   day of   September
in the year nineteen hundred and   sixty-nine
at   Monson   , in the County of Hampden aforesaid,
did assault DIANA HARDACKER by means of a dangerous weapon, to wit, a KNIFE.

A True Bill:

*[signature]* Foreman.

*[signature]* District Attorney for the Western District

−Page 46−

*34/1*

RECOGNIZANCE

#34

# Commonwealth of Massachusetts

MIDDLESEX, ss.

THIRD DISTRICT COURT OF EASTERN MIDDLESEX.

MEMORANDUM, that on the  twenty-fifth   day of   June
in the year of our Lord one thousand nine hudred and sixty- eight

Anita Miles

hereinafter called the defendant, personally appeared before the THIRD DISTRICT COURT OF EASTERN MIDDLESEX, within said County of Middlesex, and acknowledged   her ~~himself~~ to be indebted to the Commonwealth of Massachusetts, in the sum of   one   hundred dollars, to be levied on her~~his~~ goods, chattels, lands or tenements, and for want thereof upon ~~his~~ her   body, to the use of said Commonwealth, if default be made in the performance of the condition following:

The condition of this recognizance is such that whereas the said defendant is now before our said DISTRICT COURT, in due form of law, to answer to the Commonwealth of Massachusetts, on a complaint charging   her ~~him~~ with the crime of

Violation Of Narcotic Drug Law - illegal possession of marijuana

And, after due examination and hearing the defence of said defendant, it thereupon appearing to said Court, that the said defendant is guilty of the offence aforesaid, it is considered and ordered by the Court that the said defendant forfeit and pay a fine of
three hundred   dollars ~~and then to be committed to the House of Correction in Billerica in~~
~~said County, Massachusetts Correction Institution~~
~~there to be kept at hard labor according to law and the rules and regulations for the~~
~~the term of~~   ~~months therein~~   ~~days of~~
~~x x x~~, and stand committed until this sentence be performed. From which judgment the said defendant appeals to the Superior   Court next to be holden at Cambridge, within and for the County of Middlesex, on Monday July 1st   next,   ~~common~~
and it is ordered by said Third District Court that the said defendant recognize in the sum of   one   hundred dollars, without surety in the like sum, to appear at the Court appealed to, and prosecute said appeal and abide the sentence of the Court thereon; and in like manner personally to appear at any subsequent term of said Court, to which the proceedings in the premises may be continued, if not previously surrendered or discharged; and so from term to term until the final decree, sentence or order of the Court thereon; and to abide such final sentence, order or decree of the Court, and not depart without leave; and, in the meantime, to keep the peace and be of good behavior.

Now, therefore, if the said defendant shall appear at the Court appealed to, and there prosecute said appeal, and abide the sentence of the Court thereon; and in like manner personally appear at any subsequent term of said Court to which the same may be continued, and so from term to term until the final decree, sentence or order of the Court thereon, and shall abide such final sentence, order or decree, and not depart without leave, and, in the meantime, shall keep the peace, and be of good behavior, then this recognizance shall be void, otherwise in full force.

Attest:

*George B. McMenimen*
Assistant Clerk of the Third District Court of Eastern Middlesex.

Form C.P. 52A 12-66—500

#35

80981

1968, COMMONWEALTH

vs.

Anita Miles    No. 2184

**PERSONAL RECOGNIZANCE WITHOUT SURETY**

TO

Superior Court

Date July 1, 1968

**APPEAL**

FILED
IN THE OFFICE OF THE
CLERK OF THE COURTS
FOR THE COUNTY OF MIDDLESEX
JUL 1 1968
CLERK

Third District Court of Eastern Middlesex

# Commonwealth of Massachusetts



36.

MIDDLESEX, TO WIT:

*To the Third District Court of Eastern Middlesex, holden at Cambridge, for the Transaction of Criminal Business, within the County of Middlesex,*

Milton R. Prouty

of Cambridge    in said County, in behalf of the Commonwealth of Massachusetts, on the   twentieth    day of   May   in the year of our Lord one thousand nine hundred and sixty-eight

on oath complains that    Anita Miles

—on    May 15, 1968

did have in her possession illegally a certain narcotic drug, other than heroin, to wit; marijuana.

against the peace of the said Commonwealth and the form of the statute in such case made and provided.

Milton R. Prouty

MIDDLESEX. ss.    Received and sworn to, on said day, before said Court.

A True Copy    Arthur G. Mize
Attest _Lawrence F. Viola_    *Assistant Clerk.*
          *Assistant Clerk*

G.F. 4 12-67—5M



M. 1968

COMMONWEALTH

vs.                No. 2184

Anita Miles

VIOLATION NARCOTIC DRUG LAW
(illegal poss. of marijuana)
Ch. 94. Sec. 205

80981

1970 June 30
New Defaults Capias issued (notations during this time)

1970 Aug 3 — Default Removed
continued until Oct 1970 list

1970 Nov. 2
PLEA RETRACTED AND PLEA GUILTY
OFFERED AND ACCEPTED BY THE COURT
COMMONWEALTH MOVES FOR SENTENCE.

1970 Nov. 2 — Deft. 1s pk.
in P. Brace McCarty, P.O. su.
to ps in $300.00 and on probation, two years

By the Court
Key )). Philip L. Ewell
Asst. Clerk

1971 May 18
Petitioner in Default
Please return to the Probation Officer

1971 Nov 1
R. Default warrant

1972 ——— Feb. 9
Probation terminated.
Dismissed by order of
_____ J and at
request of the Probation Officer.
See memo.
By the court,
_____
Assistant Clerk

3.
N. W.
#

Plea

1969 Sept 11
Continued until _____

1969 Sept 12
Continued until Sept 29, 1969

1969 Sept 29
Continued until Oct 8, 1969

1969 Oct 7
Continued until Oct 8, 1969

1969 Oct 8
Defendant defaulted
_____