UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
KENNETH JACKSON,            )
      Plaintiff             )
                            )
           v.               )    CIVIL ACTION NO. 04-30004-MAP
                            )
COMMONWEALTH OF MASSACHUSETTS,)
      Defendant             )
```

ORDER REGARDING REPORT AND RECOMMENDATION
FOR SUMMARY DISMISSAL
(Docket No. 4)

January 22, 2004

PONSOR, D.J.

Magistrate Judge Kenneth P. Neiman has recommended that this complaint be dismissed pursuant to 28 U.S.C. § 1915(e). That recommendation is hereby adopted, and the complaint is hereby ordered dismissed. As the Magistrate Judge has noted, the pleading filed in this case is so incomprehensible that it would be impossible for any defendant to respond. The file may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge