AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## DISTRICT OF MASSACHUSETTS

KENNETH JACKSON
Plaintiff

**JUDGMENT IN A CIVIL CASE**

V.

COMMONWEALTH OF MASSACHUSETTS
Defendant

NUMBER:     3: 04-CV-30004-MAP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

JUDGMENT of dismissal pursuant to the court's order entered this date, dismissing the plaintiff's complaint.

1-22-04
*Date*

TONY ANASTAS
*Clerk*

*(By) Deputy Clerk*

This form was electronically produced by Elite Federal Forms, Inc.