# UNITED STATES COURT OF APPEALS
## FOR THE FIRST CIRCUIT



No. 04-1189

04-30004
J. Ponsor

KENNETH JACKSON

Plaintiff - Appellant

v.

COMMONWEALTH OF MASSACHUSETTS

Defendant - Appellee

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: APR 3 0 2004

JUDGMENT

Entered: April 9, 2004

    On 2/9/04 this Court opened appellant's appeal. On 2/10/04 appellant was notified of the briefing schedule. On 2/24/04 the briefing schedule notice was returned marked "undeliverable - released" and on 3/8/04 the opening forms were returned "released".

    As appellant has failed to notify the court of his new address, this appeal is dismissed for lack of prosecution. Loc. R. 3(b).

By the Court:
Richard Cushing Donovan, Clerk

By_____
    Chief Deputy Clerk

cc:    Kenneth Jackson
    Thomas F. Reilly

Direct Recipients:
    Kenneth Jackson
    Thomas F. Reilly, Esq.